UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

YUSUKE BANNO,

                              Plaintiff,

      -versus-                                  **06 CV 2270 (KMK)(JCF)**

THE CITY OF NEW YORK, et al.

                              Defendants.

------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James Mirro hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant The City of New York, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:  New York, New York
         April 3, 2006

                                       MICHAEL A. CARDOZO
                                       Corporation Counsel of the City of New York
                                       *For Defendant The City of New York*


By:  _____/s/_____
       James Mirro (JM 2265)
       Special Assistant Corporation Counsel
       Special Federal Litigation
       100 Church Street, Room 3-137
       New York, New York 10007
       212.788.8026 (ph)
       212.788.9776 (fax)

cc:  All Parties (by ECF)