UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/06
```

Yusuke Banno, et al

                Plaintiffs,

-v-

City of New York, et al

                Defendants..

Case No.

06-cv-2270 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      The above-captioned case is hereby consolidated with 04 cv 7922, *Schiller v. City of New York*, for discovery purposes as related to the protest activity and arrests during the 2004 Republican National Convention and is referred to Magistrate Judge Francis for discovery

Dated: March 31, 2006
       New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE