

# MEMO ENDORSED

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JAMES MIRRO
*Special Assistant Corporation Counsel*
*phone (212) 788-8026   fax (212) 788-9776*

April 10, 2006

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/06

Re: *Banno, et al. v. The City of New York, et al.*
USDC SDNY 06 CV 2270 (KMK) (JCF)

Dear Judge Francis:

I write to request a 60-day enlargement of defendants' time to answer or otherwise respond to the complaint in this action. The Complaint in this action was served on the City on or about March 23, 2006, making the City's response due on or about April 12, 2006. Plaintiffs have not yet returned their § 160.50 release. Plaintiffs' counsel, Jeffrey Fogel, kindly has consented to this extension request. The 60-day extension would make defendants' new answer date June 12, 2006. If this meets with your approval, would you kindly "so order" it? Thank you.

Very truly yours,

James Mirro

cc: Jeffrey Fogel, Esq.

4/10/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ