```
                                        ABC  PROCESS   SERVICE   INC.
                                        Attorney:
                                        JEFFREY E. FOGEL, ESQ.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YUSUKE BANNO                                    (PLAINTIFF)
                                        Index No 06CV2270
        against                         Date Filed 03/23/2006
                                        Office No JEF01ONEPOOL
CITY OF NEW YORK,ETAL;                          (DEFENDANT)

---

STATE OF NEW YORK, COUNTY OF NEW YORK       SS:

SCHADRAC LAGUERRE   being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of
New York:
That on the 28 day of June 2006  at  11:30 AM , at

1 POLICE PLAZA;NY, NY 10038 % LEGAL BUREAU
I SERVED the SUMMONS IN A CIVIL CASE, COMPLAINT & JURY DEMAND upon
POLICE OFFICER ORLANDO RIVERA
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS IN A CIVIL CASE, COMPLAINT & JURY DEMAND
with a person of suitable age and discretion: to wit MS. LORI WORKSTEL,
AUTHORIZED TO ACCEPT Deponent described Person served as aforesaid to the best
of deponents ability at the time and circumstances of service as follows:

Sex  FEMALE , Color WHITE, Hair BLOND, app.age 35 YRS, app.ht 5'6", app.wt 145
LBS

That on the 30 day of June 2006 I deposited in the U.S. mails a true copy of the
SUMMONS IN A CIVIL CASE, COMPLAINT & JURY DEMAND
properly enclosed and sealed in a post-paid wrapper addressed to the said
defendant at the aforementioned
(B) (place of business marked personal and confidential)
1 POLICE PLAZA;NY, NY 10038 % LEGAL BUREAU

BY FIRST CLASS MAIL. AND NOT BEARING ANY IDENTIFICATION TO A LAWSUIT.

That at the time of service aforesaid, I asked Person so served or Person spoken
to whether the defendant herein was in the military service of the State of N.Y.
or the United States and received a negative reply. Upon information  and belief
based  upon the  conversation and  observation as aforesaid  I aver  that the
defendant is not in the military service of the State of N.Y. or the United
States as that term is defined in the statutes of the State of N.Y. or the
Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this 30
day of June2006

                                        _____
                                        SCHADRAC LAGUERRE
                                        License No.: 1021952       :sb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2007