```
                              ABC   PROCESS   SERVICE   INC.
                              Attorney:
                              JEFFREY E. FOGEL, ESQ.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YUSUKE BANNO                              (PLAINTIFF)
                                          Index No 06CV2270
            against                       Date Filed 03/23/2006
                                          Office No JEF01ONEPLLV
CITY OF NEW YORK,ETAL;                    (DEFENDANT)

---

STATE OF NEW YORK, COUNTY OF NEW YORK    SS:

SCHADRAC LAGUERRE being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York:
That on the 28 day of June 2006 at 11:48 AM , at

ONE POLICE PLAZA;NY, NY 10038 % LEGAL BUREAU
I SERVED the SUMMONS IN A CIVIL CASE, COMPLAINT & JURY DEMAND upon
JOHN DOE BADGE # 6216 (UNDER COVER)
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS IN A CIVIL CASE, COMPLAINT & JURY DEMAND
with a person of suitable age and discretion: to wit DETECTIVE PAINE, AUTHORIZED TO ACCEPT Deponent described Person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

Sex MALE , Color BLACK, Hair BLACK, app.age 40 YRS, app.ht 6'3", app.wt 190 LBS

That on the 30 day of June 2006 I deposited in the U.S. mails a true copy of the
SUMMONS IN A CIVIL CASE, COMPLAINT & JURY DEMAND
properly enclosed and sealed in a post-paid wrapper addressed to the said defendant at the aforementioned
(B) (place of business marked personal and confidential)
ONE POLICE PLAZA;NY, NY 10038 % LEGAL BUREAU

BY FIRST CLASS MAIL. AND NOT BEARING ANY IDENTIFICATION TO A LAWSUIT.

That at the time of service aforesaid, I asked Person so served or Person spoken to whether the defendant herein was in the military service of the State of N.Y. or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the defendant is not in the military service of the State of N.Y. or the United States as that term is defined in the statutes or the State of N.Y. or the Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this 30
day of June 2006

                                          _____
                                          SCHADRAC LAGUERRE
                                          License No.: 1021952      :sb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2, 2007