AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

YUSUKE BANNO,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06 cv 2270

V.

CITY OF NEW YORK, POLICE OFFICER JOHN PARK, POLICE OFFICER ORLANDO RIVERA and JOHN DOE

TO: (Name and address of defendant)

POLICE OFFICER JOHN PARK
c/o Internal Affairs Bureau
315 Hudson Street
New York, NY 10013

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY E. FOGEL
232 WARREN STREET
BROOKLYN, NY 11201

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

/s/ J. Michael McMahon
CLERK

/s/ Marcos Quintero
(BY) DEPUTY CLERK

Nov 23, 2006
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]   DATE 7/21/06

NAME OF SERVER (PRINT) JEFFREY E. FOGEL   TITLE Attorney

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Left copies thereof with Annette Williams, Policy Administrative Aid, female, medium skin, approx. 45 yrs, short black hair, authorized to accept same at Internal Affairs Bureau, 315 Hudson St., New York, NY.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/21/06

Signature of Server

232 Warren St.
Brooklyn, NY 11201
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.