

**MEMO ENDORSED**

THE CITY OF NEW YORK

MICHAEL A. CARDOZO  
*Corporation Counsel*

**LAW DEPARTMENT**  
100 CHURCH STREET  
NEW YORK, NY 10007

JAMES MIRRO  
*Special Assistant Corporation Counsel*  
*phone (212) 788-8026  fax (212) 788-9776*

October 24, 2006

**BY FAX**

The Honorable James C. Francis IV  
United States Magistrate Judge  
Daniel Patrick Moynihan  
   United States Courthouse  
500 Pearl Street - Room 1960  
New York, New York 10007-1312

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 10/30/06

      Re:   *Banno, et al. v. The City of New York, et al.*  
           USDC SDNY 06 CV 2270 (KMK) (JCF)

Dear Judge Francis:

      On behalf of plaintiffs and defendants, I write to request an enlargement of time in the schedule of this case. The current Case Management Order in this action provides that all depositions of fact witnesses shall have been noticed by November 1, 2006. To date, the parties have exchanged written requests for discovery including interrogatories and document requests. Defendants have produced a large volume of documents as well as consolidated witnesses for deposition. I have consulted with plaintiffs' counsel, Jeffrey Fogel, and both sides need additional time to identify witnesses and notice depositions in this case. Accordingly, plaintiffs and defendants jointly request that the Court grant a 3-month extension on the remaining deadlines in the CMO in this case. If this meets with your approval, would you please "so order" it? Thank you.

*[handwritten in margin: July]*

                       Very truly yours,

*[handwritten: 10/27/06 Application granted as modified. SO ORDERED.  
James C. Francis IV  
USMJ]*

                       James Mirro

cc:   Jeffrey Fogel (by fax)