**MEMO ENDORSED**



THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CURT P. BECK
*Special Assistant Corporation Counsel*
Phone: (212) 676-1395
Fax: (212) 788-9776
cbeck@law.nyc.gov

**DOCKET IN ALL RNC CASES**

January 18, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/07
```

BY TELECOPIER TO (212) 805-7930

The Honorable Judge James C. Francis IV
United States Magistrate Judge
United States District Courthouse
United States District Court
500 Pearl Street Room 1960
New York, New York 10007

LEAD CASE 04 CV 7922 (KMK) (JCF)

Re: All RNC Consolidated Cases -- Proposed Briefing Schedule
(NYCLU Subpoena)

Dear Judge Francis:

As suggested by Christopher Dunn at the last Court conference, I have spoken with Ms. Helene Freeman of Dorsey & Whitney, who will be representing the New York Civil Liberties Union ("NYCLU") with respect to enforcement of the subpoena, dated November 8, 2006 that this office served on NYCLU. Ms. Freeman and I have agreed to the following briefing schedule taking into account our respective litigation schedules.

Defendants will file moving papers on or before Friday, January 26, 2007;

NYCLU will file its Response on or before Wednesday, February 14, 2007; and

Defendants will file any Reply on or before Friday, February 23, 2007.

On behalf of our respective clients, Ms. Freeman and I respectfully request that Your Honor So Order the above.

Respectfully,

*[signature]*

Curt P. Beck
Special Assistant Corporation Counsel

CPB/hs

Cc:  Helene Freeman, Esq. (by telecopier 212.953.7201)

*[handwritten:]* 1/19/07
Application granted.
SO ORDERED.
James C. Francis IV
USMJ