# MEMO ENDORSED

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES MIRRO**
*Special Assistant Corporation Counsel*
phone (212) 788-8026   fax (212) 788-9776

January 30, 2007

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/07

Re:   **Banno v. The City of New York, et al.**
      **USDC SDNY 06 CV 2270 (KMK) (JCF)**

Dear Judge Francis:

I write to request an enlargement of time in the schedule of this case. The current Case Management Order provides that all depositions of fact witnesses shall have been noticed by February 1, 2007. To date, the parties have exchanged written requests for discovery including interrogatories and document requests. Defendants have produced a large volume of documents and numerous consolidated witnesses for deposition. Approximately 33 additional defense witnesses have been noticed and scheduled for deposition in the consolidated cases in the coming months. Accordingly, the parties jointly request that the Court grant a 4-month extension on the remaining deadlines in the CMO, with the understanding that both sides will continue to press forward with written and deposition discovery. If this meets with your approval, would you please "so order" it? Thank you.

Very truly yours,

James Mirro

cc:  Jeffrey Fogel (by fax)

*[Handwritten endorsement:]* 1/31/07 Application denied. Counsel may, however, propose alterations of interim dates that do not affect the final deadline. SO ORDERED. James C. Francis IV USMJ