**MEMO ENDORSED**  **MEMO ENDORSED**

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JAMES MIRRO
*Special Assistant Corporation Counsel*
*phone (212) 788-8026   fax (212) 788-9776*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/07

March 28, 2007

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

    Re:    *Banno v. The City of New York, et al.*
            USDC SDNY 06 CV 2270 (KMK) (JCF)

Dear Judge Francis:

      I write in response to Jeffrey Fogel's letter to the Court dated March 20, 2007. In the past week, Mr. Fogel and I have had several constructive conversations. I now believe that we can resolve at least two, and perhaps all three, of the issues raised in his letter. We have planned to speak again tomorrow. Accordingly, I request that the Court defer ruling on the issues raised in Mr. Fogel's letter for one additional week, until April 4, 2007, to allow the parties additional time to reach agreement on those issues. I will apprise the Court of our progress as soon within that week as possible. If this meets with the Court's approval, would you please "so order" it? Thank you.

                        Very truly yours,

                        James Mirro

cc:    Jeffrey Fogel, Esq. (by fax)

*4/3/07*
*Application granted.*
*SO ORDERED.*
*James C. Francis IV*
*USMJ*