UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

YUSUKE BANNO,

       Plaintiff,

  - against –

CITY OF NEW YORK, POLICE OFFICER
JOHN PARK, POLICE OFFICER
ORLANDO RIVERA, and JOHN DOE,

       Defendants.
_____

NOTICE OF APPEARANCE

06 CV 2270 (KMK)

NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Gideon Orion Oliver hereby appears on behalf of Oliver & Oliver, co-counsel for plaintiff, effective May 22, 2007. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

DATED:    New York, New York
             May 22, 2007

                       OLIVER & OLIVER

                By:    _____/S/_____
                        GIDEON ORION OLIVER (GO8799)
                        c/o 200 East 10th St. #917
                        New York, New York 10003
                        646-602-9242

TO: All Parties (by ECF)