UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YUSUKE BANNO

                        Plaintiff,

-against-                    06 CIVIL 2270 KMK

CITY OF NEW YORK, et al.

                        Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **JEFFREY F. FOGEL**

☐ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: **JF-3948**

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ **Address:** 215 SPRUCE ST., CHARLOTTESVILLE, VA. 22902

☑ **Telephone Number:** (212) 608-5517

☑ **Fax Number:** (434) 295-6594

☐ **E-Mail Address:** _____

Dated: June 27, 2007