```
UNITED STATES DISTRICT COURT              (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - :
YUSUKE BANNO,                          : 06 Civ. 2270 (KMK) (JCF)
                                       :
              Plaintiff,               :     O R D E R
                                       :
       - against -                     :
                                       :
CITY OF NEW YORK, POLICE OFFICER       :
JOHN PARK, POLICE OFFICER ORLANDO      :
RIVERA and JOHN DOE,                   :
                                       :
              Defendants.              :
- - - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07

Defendants having sought reconsideration of my July 13, 2007 Order directing that UC 6216 appear for deposition without disguise, it is hereby ORDERED as follows:

1. Reconsideration is granted and the July 13, 2007 Order is modified to the extent that plaintiffs' counsel may not record or disclose to anyone any information about the appearance or identity of UC 6216.

2. The order that UC 6216 appear for deposition without disguise is reaffirmed. Defendants' suggestion that plaintiffs' counsel might encounter the witness subsequently and, if they did, might reveal his identity, is sheer speculation.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

Dated:   New York, New York
         July 31, 2007

Copies mailed this date:

Jeffrey E. Fogel, Esq.
215 Spruce Street
Charlottesville, VA 22902

James Mirro, Esq.
Special Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007