```
UNITED STATES DISTRICT COURT           (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
YUSUKE BANNO,                        : 06 Civ. 2270 (KMK) (JCF)
                                     :
                Plaintiff,           :       O R D E R
                                     :
        - against -                  :
                                     :
CITY OF NEW YORK, POLICE OFFICER     :
JOHN PARK, POLICE OFFICER ORLANDO    :
RIVERA and JOHN DOE,                 :
                                     :
                Defendants.          :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7/31/07]

Plaintiff having applied for permission to notice the deposition of a second undercover officer involved in plaintiff's arrest, it is hereby ORDERED that plaintiff's application is denied without prejudice to renewal, if appropriate, following the deposition of UC 6216.

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         July 31, 2007

Copies mailed this date:

Jeffrey E. Fogel, Esq.
215 Spruce Street
Charlottesville, VA 22902

James Mirro, Esq.
Special Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007

1

Case 1:06-cv-02270-RJS-JCF   Document 34   Filed 07/31/2007   Page 2 of 2