

**MEMO ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JAMES MIRRO
*Special Assistant Corporation Counsel*
phone (212) 788-8026   fax (212) 788-9776

August 21, 2007

**BY FAX**

The Honorable Kenneth M. Karas
United States District Judge
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street - Room 920
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

9/4/07

    Re:    *Banno v. The City of New York, et al.*
             USDC SDNY 06 CV 2270 (KMK) (JCF)

Dear Judge Karas:

    I write to request one additional day in which to finalize defendants' appeal in this consolidated RNC case. The current deadline for defendants to appeal Magistrate Francis' order is today. Defendants need this short extension due to the crush of other RNC related matters that have demanded my attention in the past week. As Your Honor is aware, defendants are in the process of taking appeals of other orders by Magistrate Francis concerning undercover, intelligence and law enforcement issues. In addition, defendants are producing multiple officers for deposition, and taking multiple plaintiff depositions, every day. In the past week, many other issues in the RNC cases for which I am solely responsible have required my attention. I have contacted Mr. Fogel concerning this request and he has consented to it. If this meets with the Court's approval, would you please "so order" it? Thank you.

Very truly yours,

James Mirro

Granted.

SO

KENNETH M. KARAS U.S.D.J.
8/21/07

cc:    Jeffrey Fogel, Esq. (by email)