UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - :
YUSUKE BANNO,                           : 06 Civ. 2270 (RJS) (JCF)
                                        :
                Plaintiff,              :         O R D E R
                                        :
     - against -                        :
                                        :
CITY OF NEW YORK, POLICE OFFICER        :
JOHN PARK, POLICE OFFICER ORLANDO       :
RIVERA and JOHN DOE,                    :
                                        :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____         │
│ DATE FILED: 2/30/08         │
└─────────────────────────────┘
```

        Defendants having applied by letter dated January 22, 2008 for
an order dismissing plaintiff's emotional distress claims and
compelling discovery, it is hereby ORDERED as follows:

        1. Defendants' application to dismiss the emotional distress
claims is denied.  Plaintiff understandably forgot prior to his
deposition to identify an arrest for underage drinking, but he has
since provided the required releases.  If there is a disagreement
as to whether or how plaintiff's deposition shall be continued,
counsel may present it to me when the issue is ripe.

        2. Defendants' application for an order limiting the evidence
of economic and special damages that plaintiff may use is denied as
premature.

        3. Plaintiff shall produce the requested documentary video
within ten days.

        4. Defendants' request for an order limiting plaintiff's
introduction of clothing as evidence at trial is denied.  This
issue was improperly raised for the first time in defendants' reply
letter.  In any event, the application is properly addressed to

                                1

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:      New York, New York
            March 20, 2008

Copies mailed this date:

Jeffrey E. Fogel, Esq.
232 Warren Street
Brooklyn, New York 11201

Randell M. Elfenbein, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007